# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

1-490

INTERNATIONAL MARINE UNDERWRITERS  
a/s/o ALBA SPECIALTY SEAFOOD CO. INC.,

Case No.

Plaintiffs,

SUMMONS IN A CIVIL ACTION

- against -

M/V ANL ESPIRIT, her engines, boilers,  
etc. ANL SINGAPORE PTE. LTD.  
and BUXHANSA VERWALTUNGS,

08 CV 6419

Defendants.

-------------------------------------------------------------x   JUDGE CASTEL

TO: (NAME AND ADDRESS[ES] OF DEFENDANT[S])

ANL SINGAPORE PTE LTD.  
c/o Norton Lilly International  
1 Cragwood Road  
Third Floor  
South Plainfield, New Jersey

BUXHANSA VERWALTUNGS  
c/o NSB Niederelbe  
47-51 Harburger Strasse  
Buxtehude, Germany

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

NICOLETTI HORNIG & SWEENEY  
Wall Street Plaza  
88 Pine Street, 7th Floor  
New York, New York 10005  
(FILE NO.: 10000490 JFS)

an answer to the complaint which is herewith served upon you, within (thirty) 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

JUL 17 2008

_____  _____  
CLERK                        DATE

_Catherine Lapsley_  
_____  
BY DEPUTY CLERK

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT** | |
| EFFECTED (1) BY ME: | **MARIAN ZWIERZYNSKI** | |
| TITLE: | **PROCESS SERVER** | DATE: **07/30/2008 10:47AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

JFS ANL SINGAPORE PTE LTD C/O NORTON LILLY INTERNATIONAL

Place where served:

1 CRAGWOOD RD. 3RD FLOOR SOUTH PLAINFIELD NJ 07080

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

CHARLES J KROVATH

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 08/04/2008

SIGNATURE OF MARIAN ZWIERZYNSKI    L.S.

JACKELINE GONZALEZ 08/04/08
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

ATTORNEY: JAMES F. SWEENEY
PLAINTIFF: INTERNATIONAL MARINE UNDERWRITERS a/s/o ALBA SHIPPING SPECIALTY SEAFOOD CO. INC
DEFENDANT: M/V ANL ESPIRIT, HER ENGINES, BOILERS, ETC, ANL SINGAPORE PTE. LTD AND BUXHANSA VERWALTUNGS
VENUE: DISTRICT
DOCKET: 08 CV 6419

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW